**Exhibit A to the Complaint**

**Location:** Jacksonville, FL  
**Total Works Infringed:** 68

**IP Address:** 162.201.167.6  
**ISP:** AT&T U-verse

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | F7A1664897ED25B4A69E74183370FD8202E9A9E0 | 02/19/2019 10:54:55 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 2 | 0055B788E96EAA3B5D4A4142C2DF5337045FFD4D | 12/03/2018 13:46:09 | Vixen | 07/13/2018 | 08/07/2018 | PA0002131906 |
| 3 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | 01/15/2018 21:54:14 | Blacked | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 4 | 02800763AFE8EEA86F468C93B686BAF9C9CC3A3B | 01/02/2019 12:18:18 | Tushy | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 5 | 07D621EEA74765FC0981567F5C7C895B053E76C3 | 08/13/2017 17:12:31 | Vixen | 06/03/2017 | 07/07/2017 | PA0002070834 |
| 6 | 0CAE44A3DBD8F5673DC978E864B5E7CAE0909F40 | 09/20/2018 10:44:48 | Blacked Raw | 09/19/2018 | 11/01/2018 | PA0002143420 |
| 7 | 10DB5BB485F41FE8ED9AF235D6B113C3D73C2BC1 | 12/26/2018 13:55:36 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 8 | 122C6F27C0629FD20EC8AFEAAAD8AF5F852CE154 | 07/07/2018 02:11:01 | Blacked Raw | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 9 | 1B81D3B72BF7076FFB7BACB005CF7907B35B1A70 | 01/06/2018 14:25:36 | Blacked Raw | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 10 | 1DE2F763010DA2CDC8A6FD27AF18A2B92B5FEA5E | 01/11/2019 13:02:48 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 11 | 22E756AB10195C299D4EF6CDE019BC534B8A8E62 | 06/21/2018 10:48:47 | Tushy | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 12 | 25075BEE3E430D7FF4B45A78867471F6EA59D266 | 12/28/2018 14:15:34 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 13 | 2EA0290F13E4A4197E055E913DFCD0B58D85DF2B | 10/14/2018 14:04:29 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 14 | 2F852019D87E3D9B31001680D6A4FBF2B42CFAD7 | 10/08/2018 20:32:26 | Tushy | 10/08/2018 | 11/01/2018 | PA0002143422 |
| 15 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | 05/20/2017 21:38:05 | Blacked | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 16 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | 08/06/2018 02:51:58 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 17 | 3B431F68A4F96AEEF4E63A2EDA36B635B3FD3CE5 | 08/11/2018 03:07:55 | Blacked Raw | 08/10/2018 | 09/05/2018 | PA0002135668 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 3C64DE25A475C2A641C10DC2A8A92F74581AF4E7 | 01/28/2019 10:45:03 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 19 | 3FAFBAE34C2D75BE3584038E1FB6D029EBAFC6FC | 03/31/2018 10:00:05 | Vixen | 03/30/2018 | 04/17/2018 | PA0002116756 |
| 20 | 42D25EA4B1A9033D15803A9F27699FE5ACBE02AD | 08/02/2018 23:13:41 | Vixen | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 21 | 42D986CD70A88571BE1AB408302058F29AD7D049 | 12/01/2017 01:24:06 | Vixen | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 22 | 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78 | 10/28/2018 00:07:59 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 23 | 518A4806C0BFEB6946ACDB5F37D2F08C4F2DD5A5 | 08/23/2018 11:05:18 | Vixen | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 24 | 5276AA353AF0E85CBAF9386EBD9DE0D312F857C1 | 07/05/2018 10:49:33 | Blacked | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 25 | 55F7B9F32708505215277682261028FEDB590A60 | 05/16/2018 11:08:22 | Blacked | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 26 | 597D47FD186A62BB4EB4EA30EEAA11ECBEC96ACB | 04/02/2018 21:43:55 | Blacked | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 27 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | 06/17/2018 15:27:04 | Blacked Raw | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 28 | 60FEB3E4F343965C4C847A6F071D77F52C61BB52 | 09/23/2018 21:41:53 | Tushy | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 29 | 628B68825D76E58E7D4FD13905CECE3D6CAFF612 | 08/18/2018 20:52:01 | Blacked | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 30 | 650637F4C368482C7EBB844370A51B7A377FFF4E | 01/18/2019 02:23:28 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 31 | 65EA0DDE10C5C488BECBF15977B0E7E0F5556E7A | 11/28/2018 11:39:17 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 32 | 6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77 | 05/21/2018 10:43:47 | Blacked | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 33 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | 09/10/2018 09:59:03 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 34 | 7B49F1542CA227EB051129784E4FA7D5CACC7DC4 | 10/05/2018 00:30:47 | Blacked Raw | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 35 | 83B2F9CA22105C972F55D81AEFE628606713A3F4 | 08/26/2018 15:02:35 | Blacked Raw | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 36 | 8C42C3283492943B6CBC29AE37C6DBE668701698 | 12/19/2018 13:49:02 | Tushy | 12/17/2018 | 02/02/2019 | PA0002155393 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | A1D049D475923190FF3A7134A0D2B9F10D62914B | 09/27/2018 03:17:03 | Vixen | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 38 | A38912E4AA36FD2BD2982A463D22218269E278C7 | 09/08/2018 10:03:23 | Blacked | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 39 | A62630310E9B12C6ECA5DE42C0B4737F82C500C3 | 07/30/2018 10:30:32 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 40 | A7D8E54FCF615F5675572AF2E5F6B353CC2DE331 | 08/26/2018 15:02:21 | Tushy | 08/24/2018 | 11/01/2018 | PA0002143429 |
| 41 | ACBF2C742DFB571CCC35D824499F49A870296255 | 06/22/2018 03:29:15 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 42 | ADA0E29CC500CD87DFDFB6F06A1519580019BDB3 | 06/29/2018 11:21:45 | Vixen | 06/28/2018 | 07/26/2018 | PA0002112159 |
| 43 | AE239D62AECAF3E11B72744CA93C44F09BAECD9C | 02/11/2018 23:51:59 | Blacked Raw | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 44 | AE6A6BB73F9D2166B8D632CC6777CED24397157E | 01/03/2019 01:26:20 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 45 | B8B5E999A94962328D350DA0E80A1725B23D450D | 01/06/2018 14:33:58 | Blacked Raw | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 46 | BE6B8E0620CEEA3BB8E9185925A3C42D0CFA59B6 | 07/30/2018 10:33:14 | Vixen | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 47 | C0E42D6F2116A50652E4E866102882E3A01D3043 | 11/07/2018 01:44:12 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 48 | C107588A00810F57F076C5926BF6D8624E4BCAD1 | 08/24/2018 02:49:19 | Blacked | 08/23/2018 | 11/01/2018 | PA0002143434 |
| 49 | C32CF4467731185E1DD2025B999781FE21815A81 | 10/12/2018 21:35:06 | Blacked | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 50 | C50D0EEF4CEE0FA573261BAD95BCAD98EB9ED953 | 08/28/2017 22:55:02 | Blacked | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 51 | C8D1E5C19A4221AC02A97002AB885906308DAC93 | 01/17/2018 23:43:08 | Blacked Raw | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 52 | CAC46062AD4B1599AE11C54170D75FD6205E9E6B | 10/30/2018 02:57:39 | Tushy | 10/28/2018 | 12/10/2018 | PA0002145831 |
| 53 | CD697A3549A0F9C1A1B30D3FE01F50E6F82FA365 | 04/16/2018 10:09:59 | Blacked | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 54 | D0720E40A29F75FE2EBCC6B385E7B73468F47A9B | 09/28/2017 19:41:57 | Vixen | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 55 | D4B313C5EE736A3C9E40BFF41E1E03EDE4B2CEE4 | 04/02/2018 21:38:17 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | 10/13/2017 00:31:47 | Blacked | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 57 | D6699A993927D144FD06592C1B105D82545E60AE | 12/19/2018 13:50:36 | Blacked Raw | 12/18/2018 | 02/02/2019 | PA0002155391 |
| 58 | D6FF33CDDB5C3C204EA44BFF85934ADA5BAD3B07 | 05/06/2018 18:19:04 | Blacked | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 59 | E39211CD578D8725EC56A93E4277596E667706A6 | 10/24/2018 03:17:26 | Tushy | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 60 | F4B1214D5F997A14D4D5996E170CB5F3C2D0C597 | 10/12/2017 01:48:02 | Vixen | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 61 | F6CE08796E7200EA0845FF9313369CF337C207BF | 07/30/2018 10:35:39 | Vixen | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 62 | F79E9037C1959A36DDE9D3A3C60906BED4EBBAF3 | 01/05/2018 03:04:58 | Blacked | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 63 | F827EDACEB3B33A1E69273B205B9B9285A1FCC98 | 01/21/2019 05:03:06 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |
| 64 | F968B8F2FF6553844973217A1AEA0168A29B1092 | 12/03/2018 13:59:04 | Vixen | 10/26/2017 | 12/04/2017 | PA0002098029 |
| 65 | F9E101EA92C17F5285F5E7917D00B7654F42CFE6 | 06/07/2018 10:43:04 | Blacked Raw | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 66 | FB7E3EA3B9E083499E761482A6C6D7DFDB749555 | 10/06/2018 21:33:58 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 67 | FE290FA09DACD4364A03F1A1D060BE213CD378B2 | 12/08/2018 11:27:55 | Tushy | 12/07/2018 | 01/22/2019 | PA0002149849 |
| 68 | FEBF5068F8367C2A8F2CA52E3044919FF66FFA3A | 02/14/2018 22:21:57 | Vixen | 02/13/2018 | 03/02/2018 | PA0002104793 |