**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No. 3:19-cv-00492-BJD-JRK**

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 162.201.167.6 an individual,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 162.201.167.6, are voluntarily dismissed with prejudice.

Dated: August 2, 2019

Respectfully submitted,

**MAMONE LAW P.A.**
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

By: /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.
100 SE 2nd St., Ste. 2000
Miami, FL 33131
Tyler@Mamonelaw.com
Office: (786) 209-2379