UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**STRIKE 3 HOLDINGS, LLC**, a limited liability company,

    Plaintiff,

v.

Case No. 3:19-cv-492-J-39JRK

**JOHN DOE**, subscriber assigned IP address 162.201.167.6, an individual,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe (Doc. 12; Notice) filed by Plaintiff on August 2, 2019. In the Notice, Plaintiff states that they are voluntarily dismissing the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 5th day of August, 2019.

BRIAN J. DAVIS
United States District Judge

- 2 -

cs

Copies to:

Counsel of Record